IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROLAND KIM                                                                                    PLAINTIFF

v.                              CASE NO. 3:17-CV-00224 BSM

TA OPERATING LLC d/b/a
TRAVELCENTERS OF AMERICA; and
KENOSHA BEEF INTERNATIONAL, LTD.                                      DEFENDANTS

## ORDER

The parties have filed a joint stipulation of dismissal. *See* Doc. No. 9. Pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice with each party bearing its own fees and costs.

IT IS SO ORDERED this 3rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE