IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROLAND KIM**                                                          **PLAINTIFF**

**v.**                        **CASE NO. 3:17-CV-00224 BSM**

**TA OPERATING LLC d/b/a**
**TRAVELCENTERS OF AMERICA; and**
**KENOSHA BEEF INTERNATIONAL, LTD.**               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January 2018.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE